Melvin Parker-AP1780
_____
Name and Prisoner/Booking Number

CSP-SAC
_____
Place of Confinement

24000 No. P.O. BOX
_____
Mailing Address

REPRESA, CA 95671
_____
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

**FILED**

**Nov 07, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Melvin Parker AP-780
_____
(Full Name of Plaintiff)          Plaintiff,

v.

(1) WARDEN Jeff Lynch
_____
(Full Name of Defendant)

(2) Officer M Barrious
_____

(3) Officer J Connely
_____

(4) Officer N West
_____
                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **2:22-cv-2015-KJN (PC)**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:

    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
    ☐ Other: _____

2.  Institution/city where violation occurred: CSP-SAC, REPRESA

## B. DEFENDANTS

1. Name of first Defendant: _____. The first Defendant is employed as:
_____ at _CSP SAC_ .
   (Position and Title)                                    (Institution)

2. Name of second Defendant: _M. Parlin_ . The second Defendant is employed as:
_OFFICER_ at _CSP SAC_ .
   (Position and Title)                                    (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
_OFFICER_ at _CSP SAC_ .
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
_OFFICER_ at _CSP SAC_ .
   (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?     ☐ Yes     ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____
      _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____
      _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____
      _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _Eight Amendment_
_Cruel unusual Punishment_

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☒ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   On 10-31-19, Officer N West paid inmate Durell buckett #'s 08549 to Murder me while I attended JawRoom. officer N West Aided in the attack on personally taking off the restraints of buckett being his hand wild arms so buckett could run out of his cell freely to attack me while I sat chained to the JawRoom chair. I was violently attacked. suffering injuries to my facial areas chest and other parts of my body from the wanton actions of officer N West while described under the color of law to hire an inmate to commit Murder upon me due to me reporting officer wronful misconduct, an constitutional right to be free of cruel unusual Punishments. also my safety has been threaten and my life has been placed in imminent danger at risk of irreparable injuries. It was made know to the warden's office of the violent attentions and officers misconduct from the continued violent incidents of inmates attacks and murders where staff was denied involved for revaluation upon inmates filing grievances. (see exhibits A-1)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I was injured from officer N West hiring inmate to kill me on 10-31-19 suffering small wounds, mentally and fearful, in fear, Im becoming very much depressed and fearfully wrong in fear.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## CLAIM II

1. State the constitutional or other federal civil right that was violated: Eight Amendment Cruel Unusual Punishment , Deliberate Indifferences

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☒ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

The Eight Amendment prohibits prison officials from acting to serious like threaten conditions intentionally takes. They have been threats made to the life threaten conditions that placed the lifes of inmates at serious risk. In acting to the prison internal not acting to deliberate-indifference violation of the Eight Amendment constitutional rights. Warden Jeff Lynch the prison supervising official acted with deliberate indifference when he ignored an obvious and very serious danger to my life from CSP-SAC officers placing "hit's" on my life through inmates. The retaliations extended over a period of 3 weeks called incidents from named defendants. I wrote the warden Jeff Lynch countless times and I sd always and Superintendence C.E.O of the prison also the warden Jeff Lynch from CMF-vacaville seeking help to no-avail reporting officers misconduct of criminal actions Jeff Lynch did nothing allowing incidents to be covered up and failure to investigate according to policy (see exhibits B-2) and (see exhibit-C-3) placing my life to imminent danger not failing rights.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). From the administration deliberate indifference failing to intervene, we been suffering grave emotional distress and calming myself from attempt suicides.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____

## CLAIM III

1. State the constitutional or other federal civil right that was violated: _____
_____

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   ☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion         ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                         ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim III?                    ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?           ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I am seeking 5,000,000,000 dollars in Punitive Damages. I am seeking criminal charges to filed. on defendants for murder for hire with intent to kill, also extortion of monys from my family. Also all officers fired involved in the cover up. I am demanding a jury trial. Compensation for property that I got robbed from retaliation, pictures, letters, bibles. *I demand a jury trial*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11-7-22___

    DATE

    _____
    SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)


## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit: Declarations Jurrell Puckett 6.02, Medical Report of injury, photos of weapons used.

Number of pages to this Exhibit: __4__ pages.

JURISDICTION:   (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☒ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

Declaration of Durrell Puckett #G-05549

I, Durrell Anthony Puckett declare that Lt. Williamson got upset when I made a statement for C/o Parker about c/o West on how staff intentionally allowed him to get victimized by me, he should not even get found guilty of a RVR 115 for defending hisself.

I also want it noted that I 602ed c/o West for him deliberately allowing a inmate to almost get killed. c/o West knew of our disagreement with each other so c/o West stated "This is your chance," referring to c/o Parker... West and c/o Parker had previously had exchanged words so he payed me through a Greendot number to try to kill parker and# which I was unsuccessful. Due to c/o Parker was trying to peacefully protect his rights.

I want it noted that Lt. Williamson did not write my statement down nor ask (2) or more questions.

I, Durrell Anthony Puckett declare under penalty of perjury that the foregoing is true and correct on December 30TH, 2019 _Dull alf pfitt_

            Declarant D. Puckett

Declaration of Durrell Anthony Puckett cdc no: G-05549

I, Durrell Anthony Puckett declare as follows;

1) On 10/31/19 officers heard me engage in a intense abusive conversation with Inmate/Patient Parker/cdcr no: AF1330) so prior to dayroom activity officer West had approached my cell and stated "Now or never if you want Parker", or words to that effect.

2) I, stated "For real," and West stated "Yeah he wants to file 602's will set it up," or words to that effect.

3) the camcorder will show West retaking my waist chains off than the door opening.

4) I told Lt. Williamson on 12/11/19 around 6:15.p.m but he gotten mad and walked off without writting anything down.

4) Officer J. Monroy and Sgt C. Parham had no Knowledgment to my understanding.

I, Durrell Anthony Puckett declare under penalty of perjury that the foregoing is true and correct on December 11th, 2019 in Represa, California _____

Declarant

Durrell Anthony Puckett

cdc# G-05549

A-1 EXHIBIT

STATE OF CALIFORNIA
INMATE/PAROLE APPEAL FORM ATTACHMENT
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| 200 1293 | SHC-B-19-05075 | | 7 |
| | FOR STAFF USE ONLY | | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded.     WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| PARKER, MELVIN | H-21350 | B8-Cell 113 | ~~1~~ 1 TRHU |

**A.  Continuation of CDCR 602, Section A only (Explain your issue):** West; J. Monroy, and Staff Sergant C. Parham. By failing to proform thair dutys set forward by the department of Corraction policys that all segergated inmates shall be placed undor Restraints while leaving call & housing unit to ensure the safty of staff & inmates. This did not happen officer West, Failed to sacure inmate pucket in waist Restraint and keep a visual on him befor ording the control to open the door, so did escorting officers J. Monroy and Sargant C. Parham who was suppose to have had a video visual of the inmate befor okaying officer West to signal the control booth to open the door. Had this happen the officers would bare saw that the inmate was Frae of waist Restraints, and would have Parvantad the Attack on Me while I set in Retraints Fully From head to toe Locked down to an chain in the dayroom suffaring 5 to 6 stub wands from this attact. The dayroom camera clearly captures this naglect of duty as officers.

**Inmate/Parolee Signature:** Melvim Parker III     **Date Submitted:** 11-19-19

**B.  Continuation of CDCR 602, Section B only (Action requested):** _____

**Inmate/Parolee Signature:** _____     **Date Submitted:** _____

CSP-SAC APPEALS
NOV 25 19 AM 10:27

REC BY OOA
JAN 2 2020

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** _____

BYPASS

Inmate/Parolee Signature: _____     Date Submitted: _____

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** I am Jissatisfied
with Actions taking against all partys involved in this
incident. At no time shall any peace office breech their
committment to duty and fail to protect under law
by part taken in criminal Activitys such as setting
inmates up to be killed, or harmed in anyway - Also
It's the higher Command obligations to hold all
officers to a higher standars According to Law and
should inforce all Rules and Regulations might their
be one broken. In this Case there was which the
video clearly show. Further there is a writen
Declaration from inmate Durrell. A. Puckett, who state
office west part took in a set-up of myself because of
Retaliation Factors. Also paying inmate puckett to
committee these Action(s) which are clearly violations
of CDC policys and violation of Law punishable
of Jail time murder For hire -

Inmate/Parolee Signature: Meli Parker     Date Submitted: 1-10-20

STATE OF CALIFORNIA
**MEDICAL REPORT OF INJURY
OR UNUSUAL OCCURRENCE**
CDCR 7219 (Rev. 01/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| NAME OF INSTITUTION | LOCATION OF EVALUATION | | DATE |
|---|---|---|---|
| CSP-SAC | TTA | | 10/31/19 |

REASON FOR REPORT ☐ ALLEGATION   ☐ ON THE JOB INJURY   ☐ USE OF FORCE   ☒ INJURY   ☐ OTM RETURNS
☒ UNUSUAL OCCURRENCE   ☐ PRE AD/SEG ADMISSION   ☐ R&R   ☐ OTHER _____

| NAME   LAST | FIRST | CDCR NUMBER | PERNR / INST. ID # | VISITOR ID # (SOMS) |
|---|---|---|---|---|
| PARKER | N? | AP1330 | | |

| PLACE OF OCCURRENCE | DATE OF OCCURRENCE | TIME OF OCCURRENCE | TIME SEEN | RN NOTIFIED TIME | PHYSICIAN NOTIFIED TIME |
|---|---|---|---|---|---|
| 3,5 | 10/31 | 17:17 | 1830 | 1747 | 2R 1822 |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

_____ I was not aware _____

| INJURIES FOUND? YES / NO | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| Swollen Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Pre-Existing | 16 |
| Other | 17 |
| | 18 |

Chemical Agent
Exposure?   YES / NO

Chem. Agent
Exposure Area   EX.

Decontaminated w/ Water?
YES  NO  REFUSED

Decontaminated w/ Air?
YES  NO  REFUSED

Self-decontamination
Instructions given ?   YES  NO

Staff is/and
Exposure packet ?   YES  NO

Q 15 min. check times

| Initial | Check |
|---|---|
| | |
| | Final |

TIME/DISPOSITION

| REPORT COMPLETED BY TITLE (PRINT AND SIGN) | PERNR / INST. ID # | E ID # | ASSIGNMENT AREA |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
**MEDICAL REPORT OF INJURY
OR UNUSUAL OCCURRENCE**
CDCR 7219 (Rev. 01/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| NAME OF INSTITUTION | LOCATION OF EVALUATION | | DATE |
|---|---|---|---|
| CSP  SAC | RS   MPR | | 10-31-19 |

REASON FOR REPORT  ☐ ALLEGATION  ☐ ON THE JOB INJURY  ☒ USE OF FORCE  ☐ INJURY  ☐ OTM RETURNS
☐ UNUSUAL OCCURRENCE  ☐ PRE AD/SEG ADMISSION  ☐ R&R  ☐ OTHER _____

| NAME | LAST SCHMIT | FIRST T. | CDCR NUMBER | PERNR / INST. ID # | VISITOR ID # (SOMS) |
|---|---|---|---|---|---|

| PLACE OF OCCURRENCE | DATE OF OCCURRENCE | TIME OF OCCURRENCE | TIME SEEN | RN NOTIFIED TIME | PHYSICIAN NOTIFIED TIME |
|---|---|---|---|---|---|
| B5  Second Dayroom | 6-31-19 | 1747 | 16:17 | | |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE
During the incident I cut my hands.
I'm going to sue I+

| INJURIES FOUND? | YES | NO |
|---|---|---|
| Abrasion/Scratch | 1 | |
| Active Bleeding | 2 | |
| Broken Bone | 3 | |
| Bruise/Discolored Area | 4 | |
| Burn | 5 | |
| Dislocation | 6 | |
| Dried Blood | 7 | |
| Fresh Tattoo | 8 | |
| Cut/Laceration/Slash | 9 | |
| Swollen Area | 10 | |
| Pain | 11 | |
| Protrusion | 12 | |
| Puncture | 13 | |
| Reddened Area | 14 | |
| Skin Flap | 15 | |
| Pre-Existing | 16 | |
| Other | 17 | |
| | 18 | |

| Chemical Agent Exposure? | YES | NO |
|---|---|---|

Chem. Agent
Exposure Area     EX.

Decontaminated w. Water?
YES ☐ NO ☐ REFUSED ☐

Decontaminated w. Air?
YES ☐ NO ☐ REFUSED ☐

Self-decontamination
Instructions given?   YES ☐ NO ☐

Staff issued
Exposure packet ?   YES ☐ NO ☐

Q 15 min. check times

| Initial | 1st Check |
|---|---|
| 2nd Check | Final. |

TIME DISPOSITION

Right

Left

Front

Back

REPORT COMPLETED BY TITLE (PRINT AND SIGN)

PERNR  INST. ID #

RDO's

ASSIGNMENT AREA
FRI-SAT  Pod 3

## SAC-FAB-19-10-1333
### Subject: INMATE PUCKETT (G05549, FB8-117L)
*The following photographs were taken by Officer R. Thao Badge # ˉ ˉ ˉ ˉ on 10/31/2019*



Photo 009

**EVIDENCE PHOTOGRAPH**
California State Prison -- Sacramento
B-FACILITY

DATE: 10/31/19    TIME: 1747
NAME: PUCKETT    CDCR# G05549
NAME:    CDCR#

**TYPE OF INCIDENT**

BATTERY ON INMATE W/ A DEADLY WEAPON RESULTING IN THE USE OF FORCE (M.E.B., 1x 40 mm Direct Impact, Physical)

OFFICER:    R. THAO

Photo 010

**EVIDENCE PHOTOGRAPH**
California State Prison -- Sacramento
B-FACILITY

DATE: 10/31/19    TIME: 1747
NAME: PUCKETT    CDCR# G05549
NAME:    CDCR#

**TYPE OF INCIDENT**

BATTERY ON INMATE W/ A DEADLY WEAPON RESULTING IN THE USE OF FORCE (M.E.B., 1x 40 mm Direct Impact, Physical)

OFFICER:    R. THAO

## SAC-FAB-19-10-1333
### Subject: INMATE PUCKETT (G05549, FB8-117L)
*The following photographs were taken by Officer R. Thao Badge #,        on 10/31/2019*



Photo 007

Photo 008

# EXHIBIT COVER PAGE

B-2

EXHIBIT

Description of this Exhibit: Letters to Warden office 11-10-21 medical reports 5-9-2020, letter to ISU 8-25-21 & Kelley Jo

Number of pages to this Exhibit: ___6___ pages.

JURISDICTION:   (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☒ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

SAVE EM

EXHIBITS
B-2

TO:

Jeff lynch

THE HEAD WARDEN.

FR:

PARKER, M #AP-1330
A1 #132

Confidential
MAiL

**RECEIVED**

NOV 1 0 2021

CSP SACRAMENTO
WARDEN'S OFFICE

B-2

EXHIBITS

Teff lynch                                                           11-9-21

I am writing you Today because I've been Forced to undergo a
difficult situation daily by your officers namely M. Burkehear and
officer Curliey who continue to ask officers in my housing units around
the institution To sexually Assult ME in Retaliation To We reporting these
officers For their misconduct. As you are aware 10-31-2019 your officers
paid inmate Pucket To murder me in The B8 Day Room which I was
stabbed 8 times upon Filing a 602 against your officers West, Parham
For their Neglect of Duty to protect ME from Foreseeable harm and
Danger under the color of law as peace officers Your Office Found No
Neglect dispist Video showing officers Taking off the Pad Lock to
waste chain Restraints to allow inmate pucket to Run Freely of
Restraints to attack ME and Attempt to Murder ME. To My Finding
All physical Evidents Was Destroyed thrown away From The Bloody
Jumpsuit which Was taking off Myself at medical and Trashed, Nor
was it any Crime sence performed of the Day Room photos of the Blood
That coverd The Day Room Floor. I am addressing This Issue before?
you MR Jeff lynch Because os of Today in my Finding inmate
pucket was Found Not Guity of Attempt murder in his 115 hearing
on the Bases your staff was deeply involved in the Murder Attempt
on my life Further in the Defense of My life. I was Found guity of
an Battery on inmate while I was chained down From Feet To Head
Fighting For my life. Today, The Retaliation Continue Through the mass
corruption your Officers is involved in Reaching Far beyond prison
into the lives of My children being subjected to child moslestation

B-2 Exhibits

TO: ASU / ISU
Also CMF Warden office
8-25-21

This notation to your office is in Reguards to the followin incidents that still happen while I seek treatments in CMF E.O.P Level of care, cell # B10 OTC housin unit. I've written both wardens office (CSP-SAC) & (CMF) inReguards to the followin concerns dealin with officers ~~M. Burkett/Bart & Cerelley~~ who both has and continue to use synthic computer senterated false voice impersonations of my family namely mother Vanteena Parker and father: Melvin Parker Daughter Dailiah, nephew Lequan and also my ex-girlfriend patsy and sister Myesha. To contact realth care professionals, other inmates also other family members of mine and friends ~~to extort money from them by lying to them sayn my life is~~ ~~theirway due to the fact,~~ Im a child mos/ester and is in Jail for Baby/Raping and if my mother did not give money back, officers M. Burkett/Bart and Cerelley would "Kill me" also "Kill your son." These conversations has taken place many times and has been recorded by family. Both of these officers has also used this program of mimicing my family and other professionals such as other correction officers to fool them into filing false documents by callin prison to prison inorder to control my movements so that they can continue to extort money from my family and ensure them Im doin

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):

Inmate/Parolee Signature: _____    Date Submitted: _____

F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):

Inmate/Parolee Signature: _____    Date Submitted: _____

#82
EXHIBITS

Im seeking a Full Blown investigation into
This matter and seek prosecution of these
Officers N. Burkett and Cualley for sexual
assault and extortion and The cause of
Attempt Sucide of Myself from The Mental
and Emotional Harm Thats being daily
Afflected upon me as they control me by
micro chipping of Myself and False lyes
That lead to me being Stabbed 8 times while
in B8 at (csp-sac) by inmates who They Hired
to kill me Then Covered it up

OTC - B10 - CMF
AP1330
Melina Palmtett
Schmdlett    8-27-21

## Kelley, Jo@CDCR

| | |
|---|---|
| **From:** | Vidales, Marissa@CDCR |
| **Sent:** | Wednesday, September 1, 2021 1:35 PM |
| **To:** | DL-CDCR-SAC-SOMS-OOG |
| **Cc:** | DL-CDCR-CMF-SOMS-OOG |
| **Subject:** | GRIEVANCE# 159398 PARKER AP1330 |
| **Attachments:** | 159398 PARKER AP1330.pdf |

Hi.........I'm reassigning this to your institution as the allegation seems to be about CSP-SAC staff.

Thank You.

## M.Vidales

*CCII Supervisor*
Grievance Coordinator
(707)448-6841 ext. 2811

1

EXHIBIT 5  B-2

STATE OF CALIFORNIA
**MEDICAL REPORT OF INJURY
OR UNUSUAL OCCURRENCE**
CDCR 7219 (Rev. 01/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| NAME OF INSTITUTION | LOCATION OF EVALUATION | DATE |
|---|---|---|
| SAC | TTA | 05/09/2020 |

REASON FOR REPORT ☐ ALLEGATION  ☐ ON THE JOB INJURY  ☐ USE OF FORCE  ☐ INJURY  ☐ OTM RETURNS
☒ UNUSUAL OCCURRENCE  ☐ PRE AD/SEG ADMISSION  ☐ R&R  ☐ OTHER _____

| NAME LAST | FIRST | CDCR NUMBER | PERNR / INST. ID # | VISITOR ID # (SOMS) |
|---|---|---|---|---|
| Parker | Melvin | AP1330 | | |

| PLACE OF OCCURRENCE | DATE OF OCCURRENCE | TIME OF OCCURRENCE | TIME SEEN | RN NOTIFIED TIME | PHYSICIAN NOTIFIED TIME |
|---|---|---|---|---|---|
| B8-232 | 05/09/2020 | 1015 | 1024 | 1017 | |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

"my mental health is being affected"

| INJURIES FOUND? | YES / NO |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| Swollen Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Pre-Existing | 16 |
| Other | 17 |
| | 18 |

| Chemical Agent Exposure? | YES / NO |
|---|---|
| Chem. Agent Exposure Area | EX |

Decontaminated w/ Water?
YES / NO / REFUSED

Decontaminated w/ Air?
YES / NO / REFUSED

Self-decontamination
Instructions given ?   YES / NO

Staff issued
Exposure packet ?   YES / NO

Q 15 min. check times

| Initial | 1st Check |
|---|---|
| 2nd Check | Final |

Right       Left

Front       Back

Multiple 1 & 9

TIME/DISPOSITION
C 1040

| REPORT COMPLETED BY/TITLE (PRINT AND SIGN) | PERNR / INST. ID # | RDOs | ASSIGNMENT AREA |
|---|---|---|---|
| L. Bowen, RN | 11102798 | W, T | TTA |

STATE OF CALIFORNIA

**MEDICAL REPORT OF INJURY**
**OR UNUSUAL OCCURRENCE**
CDCR 7219 (Rev. 01/18)

**Instructions**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

---

**REASON FOR REPORT**

Enter a check mark indicating the reason for the Medical Report of Injury or Unusual Occurrence. If the reason for report is not listed, place a check next to "Other" and write in the reason.

**BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INURY OR UNUSUAL OCCURRENCE**

Ask the subject what caused the injury or unusual occurrence, and BRIEFLY enter the circumstances here (ex. Inmate stated "I fell while leaving my cell and hit my head on the bed post"). THIS SHOULD BE A DIRECT QUOTE OF THE SUBJECT'S STATEMENT.

**INJURIES FOUND?**

Circle "Yes" or "No" indicating whether or not physical injuries found on the subject. Do not circle "Yes" for only chemical agent exposure.

**NUMERICAL INDICATORS**

Circle any relevant entries, and indicate on the diagram, where the injury was found by writing the respective number in the appropriate place on the body/head diagram.

**Q 15 MIN. CHECK TIEMS**

The initial check time will be the same time entered in "Time Seen" in the upper portion of the form. The 1st check will be 15 minutes after the initial check. The 2nd check will be 15 mins after 1st check. The Final check will be 15 minutes after the 2nd check, and 45 minutes after the initial check.

**CHEM. AGENT SPRAY AREA**

Circle "EX" if subject was exposed to chemical agents, then indicate on the illustration where on the body/head diagram chemical agent exposure was located by writing "EX". If no injuries were discovered, but there was chemical agent exposure, the "Injuries Found" should indicate "No" (See example below).

| INJURIES FOUND?   YES / NO | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| Swollen Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Pre-Existing | 16 |
| Other | 17 |
| | 18 |
| Chemical Agent Exposure?   YES / NO | |
| Chem. Agent Spray Area   EX | |
| Decontaminated w/ Water?   YES / NO / REFUSED | |
| Decontaminated w/ Air?   YES / NO / REFUSED | |

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit: Letters to Superintendent CEO 2-10-2
Letters to Lt NEWSOME (AIM) 7-15-22; memorandum from
CMF Wardens office J. Hurtado.

Number of pages to this Exhibit: _____3_____ pages.

JURISDICTION:   (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☑ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

= C-3
Exhibits

ATTN: SUPERINTENDENT, CHIEF EXECUTIVE officer
                                        2-10-22

This letter I'm writing you today is because. Here at CSP-SAC) officers A like Burketteart and officers Curlley and inmates whom they have hired to act in concert with them in their officer Misconduct while utilizing an program with is and has been used here at Folsome state prison for sometime Now to spy/watch inmates in their housing units beyond the call of their duty.

                            Officers M. Burklteart and Curlley both have for 1year now have been using a software that give them the abilty to watch me in my cell while I am conducting my daily living such as using the Bathroom, taking wash'ups and even while pleasuring myself. Both officers have utilized this devices to the point of being able to enter into the cell and forceably force themselves upon me groping me My Buttock area and My penis also penitrating me from behind while I Lay in my bed sleeping also watching Television.

    This has Continued without fear of Actions being taking For CSP-SAC has Failed to properly Investigate My claims beyond someone From ISU speaking to me for a couple seconds then leaving after writing down afew things on paper. They have not once been any Medical procedures conducted by law To collect DNA, Body EXAMinations nothing. which is suppose to be conducted by an outside hospitle under (PREA).

    These officers are using Smythic Media Voice Technologys which Transform your voice into whom ever your Trying to mimic/sound like - They have been using this to sound like friends and family members of Mines to make calls To people and claim I'm in prison for Raping Babys" - Also

ATTN: LT NEWSOME, (AIM) - July 15th, 2022

I'M contacting you because I'M Reporting officers misconduct mail tampering by stealing legal mails going out Reporting CSP-SAC officers, I've been sending mail out both legal and personal mail which I've kept copys of to support my claims of officer misconduct and mail which had been sent out months ago to different organizations such as the FBI, Right to Fight, Cochran Firm (ETC) and my mail have Not arrive lady.

I have notice mails Reporting officers michical Burkthert Cornelly and officers west who paid inmate D. puckett to commit a crime of murder against my self 10-13-19, and sexual misconduct and illegal Monitoring of myself via computer generated devices have Not made it to the addressed destination. So I am writing you as a officer of internal Affair Investigations to investigate my concerns of my mail not arriving to its assign addressed destination even when 119 legal log of all out going and incoming mail is shown to be documented as going out and dated. But the Assigned Organizations has Not been receiving my mail and letters - why not?

It's both an Fourteenth Amendment violation Due process Right to Access the Courts and file, Report officer Conduct without being hender and Federal Violation to commit mail tampering by filing fraudent documentation which have taking place. Please Contact me for I strongly believe officers M. Burkthert & Cornelly and west have been filing False documents and stealing my mail from going out for Reporting these officers in crimes against my self in Retaliation for Reporting their Actions and having Contact with my family & friends. 7-15-22.

Ap13304 PARKER M. A7-124,
ps/ Letters to my family
(TRacey Humphrey) aswell.)

# Memorandum

Date:    September 9, 2021

To:      PARKER
           AP1330
           S CTCB1-010001L

Subject: **CORRESPONDENCE RESPONSE**

This is in response to your correspondence addressed to Daniel E. Cueva Warden at the California Medical Facility (CMF). Your correspondence was reviewed and sent to Associate Warden, D. Hurtado in order to have your concerns addressed appropriately. You alleging a concern at California State Prison-Sacramento (CSP-SAC).

On Tuesday, August 17, 2021, Sergeant Tarrant met with you regarding your concerns. You conveyed that you were not really in your right mind when you wrote this letter. You stated you no longer have an issues and would like to move on to acute level of care. Additionally, you stated you did not want to return to CSP-SAC, and had been under a lot of stress. You indicate you feel better now that you have calmed down and had time to think clearly. A review of your correspondence and inquiry into your concern also reveal an investigation was completed at CSP-SAC regarding the Prison Rape Elimination Act (PREA) concerns. On Tuesday, August 24, 2021, Sergeant Helmerich met with you regarding your concerns addressed in your correspondence and you informed him that the issues cited were investigated at CSP-SAC. Review of records confirm the PREA were investigated by CSP-SAC Investigative Service Unit.

The inmate grievance process may be used to provide a remedy for inmates and parolees with identified grievances and to provide an administrative mechanism for review of departmental policies, decisions, actions, conditions, or omissions that have a material adverse effect on the welfare of inmates and parolees.

**D. Hurtado**
Associate Warden
Health Care Access Unit