```
1  UNITED STATES DISTRICT COURT
2  EASTERN DISTRICT OF CALIFORNIA
3  MELVIN A. PARKER III
4       PLAINTIFFS
5                                           CIVIL ACTION NO ___
        v.
6  JEFF LYNCH; WARDEN CSP-SAC, et al
7  A. WATTS, CORRECTIONS OFFICER           COMPLAINT
8  S. CORTUS; SERGEANT CSP-SAC
9  Individually and Official Capacity      2:22-cv-02015 KJN
10      Defendants,
```

**FILED**
APR 11 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## I. JURISDICTION & VENUE

This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of Rights Secured by the Constitution of the United States. The courts has jurisdiction under 28 U.S.C. section 1331 and 1343 (a)(3). MELVIN A. PARKER III seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202.

MELVIN A. Parker III; claims for Injunctive relief be it Temporary, is authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedures.

THE EASTERN DISTRICT OF SACRAMENTO CALIFORNIA, is an Appropriate venue under 28 U.S.C. section 1391 (b)(2) because it is where the events giving rise to the claim occurred.

## II. PLAINTIFFS

MELVIN A. Parker III is and was at all times mention herein a

1  prisoner of the STATE oF CALIFORNIA in the Custody of the
2  CALIFORNIA STATE PRISON oF SACRAMENTO. Whom is Currently
3  Confined in CSP-SAC STATE PRISON, in REPRESA, CA.

## II. DEFENDANTS.

1.) DEFENDANTS JEFF LYNCH is the Warden of CSP-SAC STATE PRISON and for the welfare of all the Inmates of the Prison.

2.) Defendants. A. WATTS, is a Corrections Officer of the (CSP-SAC) STATE PRISON. Who at all times mentioned in this complaint held the rank of prison guard and was assigned to CSP-SAC prison.

3.) Defendants. S. CORTURE, is the 2nd watch sergent of the CSP-SAC state prison. Who at all times mentioned in this complaint held the rank of 2nd watch sergent super-visor. Over Inmates and Correctional Officers A-yard.

Each defendant is sued individually and in his official Capacity. At all times mentioned in this complaint each defendant acted under the Color of state Law.

## III. FACTS

AT all times relevant to this case, Melvin A. Parker III was housed in A7 126.           (CLAIM I.)
ON 8-10-22, Defendants A. WATTS Officer and S. Corture 2nd watch Sgt approached my cell to conduct a routine cell

1 | search,
2 | I was ordered out of my cell by sergent Corture and told to
3 | face the wall in the Dayroom, as I complyed I was pun-
4 | ched in the back of My head and punched in the leftside
5 | of face, by officer A, watts and sergent Corture.
6 | Corrections Officer A, WATTS then slammed Me to
7 | the Ground continuing to use "EXCESSIVE FORCE" by Twisting my
8 | arms causing pain and suffering.
9 |
10 | Sergent Corture continued to use "EXCESSIVE FORCE" while
11 | I layed still on the ground by placing his knee in leftside
12 | of my NECK causing me pain and suffering.
13 |
14 | I was then excorted by both officers A, WATTS and sgt Cortu-
15 | re. To receve medical for the wounds from being Assaulted
16 | (See Exhibits-A)
17 | Corrections Officer A, WATTS and sergent Corture both
18 | Filed false documents Reporting I "Battered Officers" while
19 | EXITING my cell to Cover-up their Actions and placed Me
20 | In lock-up.
21 | I filed a "EXCESSIVE FORCE" report requesting the
22 | video footage be viewed due to OFFicer Lying and filing
23 | false documentations claiming I Assaulted Officers.
24 | with sergent Boyed and FlocKoo 2nd watch sergent.
25 | Sergent Boyed informed me that the videoTape
26 | did infact WORK, But it was out of her hands.
27 |
28 | I was locked-up in AS ASU 8-10-22 and upon my arrivel

1. To The Housing Unit. I met inmate "David Evans" who
2. informed Me that, "He was in the Hole For the same
3. Thing" being Beating by Sergent Corture, then Filing False
4. Claims against inmates to Cove for his Actions and
5. That it was Countless inmates in the Hole with us
6. Now behind sergent Corture."!!
7.     Inmate David Evans, also informed me that the
8. Warden Jeff Lynch was made "Well-aware" about Sgt C-
9. orture. Conduct from Countless inmates filing 602 and
10. Writing the warden office, and I should File a 602 against
11. both officers and Demand to view the "Video Footage" after
12. being lye to by Corrections officers A. WATTS. (See Exhibit B)
13.
14.     ( Claim II. )
15. Warden Jeff Lynch, Was made aware of Sergent Corture
16. Conduct prior to the incident with petitioner and failed
17. to Intervene to the Complaints from other inmates while
18. submitted several 602 in GRIEVANCE to sergent Corture
19. Conduct. of Excessive force and filing False alledgations
20. alledging inmates committed Batterys on Corrections
21. Officers when inmates fail to do so. These alledgations
22. file against Sgt Couture Where supported by Cameras
23. Footage Warden Jeff Lynch Failed to Review that
24. resulted in Sgt Corture continuing to Assault inmate then
25. to Cover-up his Action, File False alledgation against inmates
26. as well as petitioner.
27.     Warden Jeff Lynch, Was "Deliberate Indifference"
28. To an serious safety Risk and Imminent Danger To My

(4 of 4)

1  My which suffered irrevocable injurys both phyiscally and
2  constitutionally of The Eighth Admendment.
3
4  ## IV. EXHAUSTION OF LEGAL REMEDIES
5  I used the prison grievance procedure availble to CSP-
6  SAC prison to try and sove the problem, the Grievance
7  became Lost, I requested on the 2-14-23 by inmate request
8  form "TREAT As Orginal" and way Denyed on 2-27-23
9  (see Exhibit d)
10 ## V. LEGAL CLAIMS.
11 DEFENDANTS, Corrections OFFICER, AWATTS and Sgt CO,
12 rtures. Used EXCESSIVE FORCE against petitioner by punching
13 Me and slamming when I was not violating any prison role,
14 and was not acting disruptively. Defendants AWATTS and
15 Sgt Corture actions violated my rights under the "Eigh-
16 th.admendment." to the United State Constitution, and
17 Caused Me pain, Suffing, phyiscal injury and Emotion-
18 al. distress.
19     Defendants, sergant Corture, used and
20 Continued to use "EXCESSIVE FORCE" against me by placing
21 his knee in my NECK and Facial area, When I wasn't
22 Violating any prison rules, Nor acting disruptively. in
23 any way.
24    Defendant sergant Corture, actions Violated My Eighth
25 Amendment. Constitutional Right's and is Causing Me
26 pain and Suffering, phyiscal injurys and Emotional
27 distress."
28

(5 of 5)

1 | Defendant Jeff Lynch Warden, of CSP-SAC state pri-
2 | son. Controller of all Staffs and Corrections Officers,
3 | Actions failing to Correct the Misconduct, and he Encour-
4 | aged the Continuation of the Misconduct by Failing
5 | to Intervene when notified of Defendant sergant
6 | Corture conduct is a Violation to plaintiffs Rights
7 | under the Eighth Admendment to the United
8 | State Constitution and Causing Me pain, suffering,
9 | phyiscal injury and Emotional distress.
10 |
11 | Plaintiff, has no plain, adequate or Complete
12 | remedy at Law to redress the Wrong described
13 | herein. Plaintiff has been and Will continue to be
14 | irreparably injured by the Conduct of the defend-
15 | ants. unless this Court "GRANTS" the declaratory
16 | and injunctive relief which plaintiff seeks.
17 |
18 | VI. PRAYER FOR RELIEF
19 | WHEREFORE, Plaintiff RESPECTFULLY PRAY That this Court
20 | Enter Judgment:
21 | GRANTING Plaintiff a Declaration that
22 | the act and omissions described herein violated his
23 | Rights under the Constitution and Law of the United States,
24 | and A preliminary and permanent injunction ordering
25 | defendants A, WATTS, sergant Corture and warden Jeff
26 | Lynch. "TO cease" their phyiscal violence and false Filing
27 | of Report and Grant plaintiff Compansatory damages
28 | in the amount of 1 million Dollar$ against Each defendant

1 | Jointly and severally.
2 |     Plaintiff seek punitive damages
3 | in the amount "1 Million Dollars".
4 | Plaintiff seek these damage against each defendant
5 | Jointly and severally.
6 |   Plaintiff seeks Damages against all Defendants.
7 | Plaintiff also seek a Jury Trial On all issues Triable
8 | by Jury and Any addition relief this Court deems
9 | Proper and equitable plaintiff also seek to be
10 | TRANSFERED TO LANDCASTER STATE PRISON.
11 |
12 | DATED: 3-29-23
13 |                 Respectfully Submitted
14 |                 MELVIN A. PARKER III
15 |                 /s/ Melvin A. Parker
16 |                 (CSP-SAC)-AZ#227
17 |                 P.O.BOX 290066
18 |                 REPREA, CA 95671
19 |       \* VERIFICATION \*
20 | I have read the Foregoing Complaint and hereby
21 | verify that the matters alleged therein are true, EXCEPT
22 | as TO MATTERS Alleged ON information and belief, and
23 | as to those, I believe them to be true. I certify penal-
24 | ty. of perjury that the foregoing is true and Correct.
25 |
26 |       Executed at Represa, Ca ON March 28th 2023
27 |                 /s/ Melvin A. Parker
28 |

(7 of 7)

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit: ① Medical Report (8/10/22), ① GRIEVANCE 8/15/22), ① DeClaration of David Evans. (3/29/23) ①(Inmate Request (2/24/23)).

Number of pages to this Exhibit: __4__ pages.

JURISDICTION:   (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☒ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

Exhibits A

**STATE OF CALIFORNIA**
**MEDICAL REPORT OF INJURY OR UNUSUAL OCCURRENCE**
CDCR 7219 (Rev. 01/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| NAME OF INSTITUTION | LOCATION OF EVALUATION | DATE |
|---|---|---|
| C.S.P. SAC | A - Sally Port | 8/10/2022 |

REASON FOR REPORT: [X] ALLEGATION  [ ] ON THE JOB INJURY  [ ] USE OF FORCE  [ ] INJURY  [ ] OTM RETURNS
[ ] UNUSUAL OCCURRENCE  [ ] PRE AD/SEG ADMISSION  [ ] R&R  [ ] OTHER ___

| NAME LAST | FIRST | CDCR NUMBER | PERNR / INST. ID # | VISITOR ID # (SOMS) |
|---|---|---|---|---|
| PARKER | MELVIN | AP1330 | | |

| PLACE OF OCCURRENCE | DATE OF OCCURRENCE | TIME OF OCCURRENCE | TIME SEEN | RN NOTIFIED TIME | PHYSICIAN NOTIFIED TIME |
|---|---|---|---|---|---|
| A7-124 | 8/10/2022 | 1916 | 2023 | | |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

"Officer Watts assaulted ① side of my face"

INJURIES FOUND? (YES) NO
1. Abrasion/Scratch
2. Active Bleeding
3. Broken Bone
4. Bruise/Discolored Area
5. Burn
6. Dislocation
7. Dried Blood
8. Fresh Tattoo
9. Cut/Laceration/Slash
10. Swollen Area
11. (Pain)
12. Protrusion
13. Puncture
14. Reddened Area
15. Skin Flap
16. Pre-Existing
17. Other
18.

Right: 7/10
Left:
Front: 11 6/10
Back:

Chemical Agent Exposure? YES (NO)
Chem. Agent Exposure Area: EX
Decontaminated w/ Water? YES / NO / REFUSED
Decontaminated w/ Air? YES / NO / REFUSED
Self-decontamination Instructions given? YES / NO
Staff issued Exposure packet? YES / NO

Q 15 min. check times
Initial | 1st Check
2nd Check | Final

TIME/DISPOSITION 2023

| REPORT COMPLETED BY/TITLE (PRINT AND SIGN) | PERNR / INST. ID # | RDOs | ASSIGNMENT AREA |
|---|---|---|---|
| M. Matlonge - LVN | 82841 | W/T | A5/Minimum |

Emergency Grievance                                                          Exhibit B

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS AND REHABILITATION
**GRIEVANCE**
CDCR 602-1 (03/20)                                                                      Page 1 of 2

| **STAFF USE ONLY** | Grievance #: 292594  Date Received: CSP-SAC _____ AUG 15 '22 @ 10:37 |
|---|---|
| | Date Due: |
| | Categories: |

*This is the process to ask for help with a complaint.*

Claimant Name: **Porker, Melvin**   CDCR #: **AP1330**   Current Housing/Parole Unit: **A5-223U**
Institution/Facility/Parole Region: **CSP-SAC - Folsome**

In order for the Department to understand your complaint, make sure you have answered the following questions:

- What is the nature of your complaint?
- When and where did the complaint occur?
- Who was involved?
- Which specific people can support your complaint?
- Did you try to informally resolve the complaint?
- What rule or policy are you relying on to make your complaint?
- Are there documents that would be helpful to support your position? List the documents if you do not have them. Please note that documents submitted with this form will not be returned.
- What specific action would resolve your complaint?

On 8-10-22 around 7:30pm at CSP-SAC A7-C-section Sgt Carture and Building officer WATTS Requesting that I step out of my cell due to a ramdom cell search and face the wall upon complying with orders. Building Officer WATTS and Sgt Carture Then punch me in the face, Then grabbing me from behind and slamming me to the ground around my neck injuring me. (See medical Report) 7219
                                                                                (SEE section via) Incident Requested

via of C-Section Dayroom Cameras be preserved of incident that any alleged claim of "video cameras" being broke, damaged, Loss ect- Be Recorded of when any work orders were requested dates also Times.
                       Also Officers WATTS and Sgt Carture be fired for the Crime of Battery on Inmate then filing false documentations to cover such crime.

Internal Affairs Investigations
          and transfer due to officers Retaliation against me!

DISTRIBUTION   Original: Offender's File   Copies: OAI, OAPO, and Offender

MC-030

**Exhibit-C**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
| TELEPHONE NO.:   FAX NO. *(Optional):* | |
| E-MAIL ADDRESS *(Optional):* | |
| ATTORNEY FOR *(Name):* | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO
STREET ADDRESS: 501 I STR, SUITE.4-200
MAILING ADDRESS: SACRAMENTO, CA
CITY AND ZIP CODE: 95814
BRANCH NAME: EASTERN DISTRICT COURT of SACRAMENTO

PLAINTIFF/PETITIONER: Melvin Parker III - AP1330
DEFENDANT/RESPONDENT: Warden Jeff Lynch, Sgt Corter et al.

**DECLARATION**

CASE NUMBER:

I, David Evans declare,

- I have been housed at California State Prison-Sacramento on A-facility since February 2020.
- I have complained to Warden Lynch about Correctional Officer Corters use of Unnecessary and Excessive use of force, then falsifying reports to justify his actions.
- Warden Lynch upon my belief did nothing about it
- Officer Corter was made a Sargeant despite all the complaints against him.
- Sergeant Corter used Excessive and Unnecessary use of force on me on or about June 2022.
- At that time Sargant Corter had about 5 inmates in the Ad-Seg on false battery charges that he used force against.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3-20-23

David Evans
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☑ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1

| Exhibit-B |

# INMATE REQUEST.

TO: Inmate Appeal Coordinator Office.
FR: PARKER, M. AP1330. A2#227
Date: 2·24·23.

REASON: I Sent My 602 GREIvance dated 8-10-22 FOR Appeals Coordinator Appealing on incident dated: 8-10-22.

I never RECEIVE My GREIvance Back from the Appeals Coordinator or Staff in My housing Unit never ISSUEd it to ME upon returning From your office as policey mandate.

Please REISSUE My 602 and "Treat As Original" as policey and proceedure states when 602's are Lost or has not been issue in timely matter or When inmate is Requesting a Copy.

Thank you.

*ps.
(Upon reply please Sign and Date,
So I am able to File if need be the correct person or person's.)

Alexander                                            2/27/23

log# 292594 was closed out 8/24/22, you recieved a decision letter stating it had been refered outside the grievance process. It is currenty still under investigation.

Alexander    you will need to go through your councilor   3/6/23
             for copies of past 602s (additional copies) →

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, Melvin Parker III, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

Melvin Parker III
CSP-SAC-A2-227
P.O. BOX 290066
REPRESA, CA 95671

On, 4/4/23, I served the following documents:

8pg Civil Complaint with 4pgs of Exhibits A, B, C-d

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. Office of the Clerk
501 "I" Street-suite-4200
Sacramento, CA 95814

2. _____

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 4 day of April, 2023, at California State Prison - Sacramento, Represa, California.

(Signature) Melvin Parker III

00001534-1058

# U.S. PASSPORT RENEWAL APPLICATION FOR ELIGIBLE INDIVIDUALS
Please Print Legibly Using Black Ink Only

Attention: Read WARNING on page 1 of instructions
Please select the document(s) for which you are applying:
☐ U.S. Passport Book  ☐ U.S. Passport Card  ☒ Both
☐ 28 Page Book (Standard)  ☐ 52 Page Book (Non-Standard)

760576101

**1. Name Last:** Bryan
**First:** Mark
**Middle:** Linn

**2. Date of Birth (mm/dd/yyyy):** 03 28 1951
**3. Sex:** M ☒ F
**4. Place of Birth:** Glendale California

**5. Social Security Number:** 000000000
**6. Email Address:** mbryanster2@gmail.com
**7. Primary Contact Phone Number:** 209 747 9444

**8. Mailing Address: Line 1:** PO Box 240
**City:** Victor  **State:** Ca  **Zip Code:** 95253  **Country:** California

**9. List all other names you have used:**
A. NONE
B. NONE

**10. Passport Book and/or Passport Card Information**
Your name as printed on your most recent U.S. passport book and/or passport card:
BRYAN, MARK LINN
Most recent passport book number: 053C30781
Issue date (mm/dd/yyyy): 09282005

**11. Name Change Information**
Changed by Marriage / Place of Name Change: NA
Changed by Court Order: NA
Date: NA

**Applicant's Legal Signature:** [signature]
**Date:** Oct. 1, 2015

FOR ISSUING OFFICE ONLY

FOIA: (b)(6)
2015
FOIA: (b)(6)

DS-82 08-2013

00001534-1059

of Applicant (Last, First & Middle)  Date of Birth (mm/dd/yyyy)

[handwritten, illegible]

**12. Height**  **13. Hair Color**  **14. Eye Color**  **15. Occupation**  **16. Employer or School** (if applicable)

[handwritten] grey  blue  none  none

**17. Additional Contact Phone Numbers**

[handwritten phone numbers]  engineer

**18. Permanent Address** If P.O. Box listed under Mailing Address or if residence is different from Mailing Address
Street/RFD # or URB (No P.O. Box)  Apartment/Unit

[handwritten] Naufted Rd R.R.2

City  State  Zip Code

[handwritten]

**19. Emergency Contact** - Provide the information of a person not traveling with you to be contacted in the event of an emergency

Name  Address Street/RFD # or P.O. Box  Apartment/Unit

[handwritten]

City  State  Zip Code  Phone Number  Relationship

[handwritten] 750 3549  Daughter

**20. Travel Plans**

Departure Date (mm/dd/yyyy)  Return Date (mm/dd/yyyy)  Countries to be visited

[handwritten dates]  Mexico, Canada

**STOP! YOU HAVE COMPLETED YOUR APPLICATION
BE SURE TO SIGN AND DATE PAGE ONE**

DS-82 08-2013  Page 2 of 2

00001534-1060

# AFFIDAVIT of Mark Linn Bryan

The purpose of this affidavit is to establish for the record this affiant's intent to apply for a passport in the capacity of an American National as opposed to a citizen of the United States.

Mark Linn Bryan, sojourns with express reservation of all my rights in law, equity, and all other natures of law, being of sound mind and lawful age, do solemnly declare:

1. I am a freeman, born on the land of California, of parents who were white, who were citizen Principals and whose parents time out of mind were and always had been white. As an inhabitant I acquired directly the status of Citizen Principal of said state sharing equally in its sovereignty. Cf. Slaughterhouse Cases, 83 U.S. 36 (1873).

2. As a white man born on the land of California, I am not restricted by the 14th Amendment and because I receive no protection from it I have no reciprocal obligation to a 14th Amendment allegiance or sovereignty and owe no obedience to anyone under the 14th Amendment. Cf. United States v. Wong Kim Ark, 169 U.S. 649 (1898).

3. I am a free Citizen of the aforesaid state of my birth and derivative and mediate thereof. I am also a Citizen of the united states of America as contemplated in the Constitutional Contract of 1787.

4. I am NOT domiciled within federal territory.

5. I am not a citizen of the United States as contemplated by the 14th Amendment or United States codes as I do not reside in any state with the intention of receiving from the Federal government or any other party a benefit or protection against the legislative power of that state pursuant to the authority of the 14th Amendment.

6. I have formally cancelled and rescinded my voter registration in 2006 due to the requirement that I must declare that I am a statutory United States citizen which is a crime (cf. 18 USC 911).

7. I am therefore "nonresident" to this residency and "alien" to the citizenship of the 14th Amendment.

8. As the tax imposed in 26 U.S.C. 1 pursuant to 26 C.F.R. 1.1-1 is on citizens and residents as contemplated by the 14th Amendment, it is not an applicable Internal Revenue Law to me as I am neither such a citizen or resident.

9. I do NOT pursue a trade or business since I am NOT a public officer (cf. IRC 7701(a)(26)).

10. I am responsible for all taxes that apply to me.

11. Notwithstanding the fact that I may have in past years filed U.S. Individual Income Tax Returns, such filings were done under mistake by me not knowing that such filings were and are only made by statutory citizens and residents of the United States as contemplated by the 14th Amendment or United States codes.

AFFIDAVIT of Mark Linn Bryan                                                                 Page 1

"2. If anyone is injured by my mistake upon receipt of an invoice stating facts and evidence sworn under penalties of perjury or upon the production of a lawful original signature contract, will make that party whole.

"3. Furthermore, I am not a resident of any state under the 14th Amendment or a statutory resident and hereby publicly disavow any contract, form, agreement, application, certificate, license, permit or other document that I or any other person may have signed expressly or by acquiescence that would grant me any privileges and thereby ascribe to me rights and duties under a just inive system of law other than that of the Constitutional Contract that is the united states of America and of the constitutions for the several states of the Union exclusive of the 14th Amendment.

"4. I declare that I have made the above determinations and this declaration under no duress, coercion, promise of reward or gain or undue influence and of my own free will with no mental reservation and with no intent to evade any legal duty under the laws of the United States or any of the several states.

"15. I hereby give notice that I disavow any compulsory form where I am required to declare under penalty of perjury that I am a statutory citizen of the United States.

"16. I sincerely invite any person who has reason to know or believe that I am in error in my declarations above to so inform me and to state the reason(s) they believe I am in error in writing in care of the mailing address shown below.

Mark Linn Bryan, signature, with express reservation of all my rights in law, equity and in the nature of law.
All Rights Reserved, UCC 1-308, California Commercial Code 1308
in care of:

[address lines illegible]
San Joaquin County
California, Non-Domestic Without United States

## JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _____

Subscribed and sworn to (or affirmed) before me on this ___ day of _____, 20___, by ___Mark Linn Bryan___, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (seal)



California State Prison–Sacramento
P.O. Box 290066
Represa, CA 95671

NAME: KELVIN PARKER III
CDCR#: AP130   Facility/Bed: A-2 227

**STATE PRISON
GENERATED MAIL**

ATTN;
OFFICE OF THE Clerk
501 "I" STREET, SUITE #4-200
SACRAMENTO, CA 95814

LEGAL MAIL / CONFIDENTIAL MAIL

APR 06 2023
CSP-SAC MAILROOM