IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELVIN PARKER,**<br><br>                                        Plaintiff,<br><br>                    **v.**<br><br>**N. WEST,**<br><br>                                        Defendant. | Case No. 2:22-cv-2015 KJN P<br><br>~~**[PROPOSED]**~~ **ORDER** |

Plaintiff is a state prisoner proceeding pro se.  On January 25, 2024, defendant filed a first request for extension of time to file a responsive pleading.  Good cause appearing, IT IS HEREBY ORDERED that:

1.  Defendant's motion (ECF No. 51) is granted; and

2.  Defendant shall file a responsive pleading no later than February 8, 2024.  No other deadlines are affected by this order.

Dated:  January 29, 2024

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/park2015.eot