UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN PARKER,<br><br>            Plaintiff,<br><br>      v.<br><br>N. WEST,<br><br>            Defendant. | No. 2:22-cv-2015 CSK P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se in an action brought under 42 U.S.C. § 1983. Due to difficulties in scheduling a witness deposition, the pretrial motions deadline was stayed, and discovery was reopened for the limited purpose of addressing a nonparty's deposition. (ECF No. 63.) Subsequently, defendant was granted an extension of time to depose the nonparty inmate witness. (ECF No. 71.) Defendant has not filed any subsequent motion concerning the deposition. Therefore, the Court now lifts the stay and resets the pretrial motions deadline for February 27, 2026. In all other respects, the prior discovery and scheduling order remains in effect. (ECF No. 55.)

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the stay of the pretrial motions deadline (ECF No. 63) is lifted, and pretrial motions shall be filed on or before February 27, 2026.  In all other respects the prior discovery and scheduling order (ECF No. 55) remains in effect.

Dated:  December 19, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/park2015.pt