UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN PARKER, | No.  2:22-cv-2015 CSK P |
| Plaintiff, | |
| v. | ORDER |
| N. WEST, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se.  On February 25, 2025, defendant filed a timely motion to modify the discovery and scheduling order, seeking to extend the pretrial motions deadline by thirty-one days.  (ECF No. 76.)  As discussed below, defendant's motion is granted.

I.    GOVERNING STANDARDS

"The district court is given broad discretion in supervising the pretrial phase of litigation." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted).  Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).  "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975 F.2d at 607).

1

II.    BACKGROUND

The initial discovery and scheduling order (ECF No. 55) has been modified four times related to discovery issues.  (ECF Nos. 60, 63, 69, 71.)  On December 26, 2024, discovery was reopened for the limited purpose of deposing incarcerated witness Durrell Puckett, and the pretrial motions deadline was stayed.  (ECF No. 63.)  On April 21, 2025, defendant was granted a 40 day extension of time to depose witness Durrell Puckett and file any necessary motion to compel his compliance with a subpoena.  (ECF No. 69.)  On June 3, 2025, the discovery deadline was extended by 14 days because the deposition of witness Durrell Puckett had to be rescheduled due to plaintiff's inability to attend the deposition.  (ECF No. 71.)

On December 19, 2025, the Court lifted the stay of the pretrial motions deadline and set the deadline for February 27, 2026.  (ECF No. 75.)

On February 25, 2026, defendant filed a first motion to extend the pretrial motions deadline by 31 days based on the unavailability of a declarant due to medical reasons, an unexpected trip to the East Coast for family reasons, and the press of other business.  (ECF No. 76-1 at 4.)

III.    DISCUSSION

Defendant has shown good cause to extend the pretrial motions deadline.  Good cause appearing, IT IS HEREBY ORDERED that:

1.  Defendant's motion to modify the discovery and scheduling order (ECF No. 76) is granted.

2.  The pretrial motions deadline is extended from February 27, 2026, to March 30, 2026. In all other respects, the initial discovery and scheduling order (ECF No. 55) remains in effect.

Dated:  March 5, 2026

/1/park2015.16b.pt

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

2